MHG

**RECEIVED**

FEB 2 7 2008
2-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
_____ DIVISION

Janice L. Glover
_____

(Name of the plaintiff or plaintiffs)

v.

John Katsantones
manager of Dominicks
fine foods Store #0012
_____
(Name of the defendant or defendants)

08CV 1193
JUDGE CASTILLO
MAGISTRATE JUDGE COLE

**COMPLAINT OF EMPLOYMENT DISCRIMINATION**

1. This is an action for employment discrimination.

2. The plaintiff is Janice L. Glover _____ of the county of Cook _____ in the state of Illinois.

3. The defendant is John Katsantones _____, who resides at (street address) Dominicks Store #0012 at 6009 N. Broadway A[v]
   (city) Chicago (county) Cook (state) IL (ZIP) _____
   (Defendant's telephone number) (773) – 769-2300

(Guide to Civil Cases for Litigants Without Lawyers: Page 43)

4) The plaintiff sought employment or was employed by the defendant at
(street address) __6009 N. Broadway Street Dominicks store #12__
(city) __Chicago__ (county) __Cook__ (state) __IL__ (ZIP code) __6061__

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about,
   (month) __Oct__, (day) __1__, (year) __06__.

7. (a) The plaintiff [check one box]
   ☐ has not filed a charge or charges against the defendant
   ☒ has
   asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

   (i) ☒ the United States Equal Employment Opportunity Commission on or about
       (month) __Oct__ (day) __23__ (year) __2007__.

   (ii) ☒ the Illinois Department of Human Rights on or about
        (month) __Jan__ (day) __28__ (year) __2008__.

   (b) If charges were filed with an agency indicated above, a copy of the charge is attached. ~~YES~~ ☒ NO

   It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

8. (a) ☐ the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue*.

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue*, which was received by the plaintiff on (month) __Nov__ (day) __27__ (year) ~~2006~~ 2007, a copy of which *Notice* is attached to this complaint.

(Guide to Civil Cases for Litigants Without Lawyers: Page 44)

# ILLINOIS DEPARTMENT OF
# Human Rights

Rod R. Blagojevich, Governor
Rocco J. Claps, Director

**January 15, 2008**

Janice Glover
1061 West Rosemont Avenue, Apt. 908
Chicago, IL 60660

**Re: Janice Glover v Dominick's #0012, Control No.: 081105032**

Dear Complainant:

The United States Equal Employment Opportunity Commission (EEOC) and the Illinois Department of Human Rights (Department) are parties to a cooperative agreement. Under this agreement, when you filed your charge of discrimination with the EEOC it was automatically filed with the Department. The Department is keeping a copy of your EEOC charge on file to preserve jurisdiction under Illinois law.

This letter is to inform you that you may proceed with your charge at the Department. **This does not affect the processing of your charge at EEOC.** If you wish to proceed with the Department, you must notify the Department in writing of your decision, either by mail or in person, within 35 days of receipt of this letter.

By Mail: Your written decision should be sent via U.S. Postal certified mail, return receipt requested, to: IL Department of Human Rights, Attn: EEOC Referred Charges/Intake Unit, 100 W. Randolph St., Ste. 10-100, Chicago, IL 60601.

In Person: You must bring an original and one copy of your written decision. The Department will stamp the copies and one will be returned to you for your records.

You should also provide to the Department (Attn: EEOC Referred Charges/Intake Unit) a copy of the EEOC Determination and Findings as soon as you receive them from the EEOC. When the Department receives your documents, you will be mailed a letter containing additional information about your case.

Your failure to timely notify the Department of your decision will result in the Department closing your file. If you do not wish to proceed with the Department, you do not need to take any further action.

As stated above, this letter does not affect the processing of your charge at the EEOC, and does not apply to any settlement of this charge the parties have made with the EEOC. **If you have any questions regarding this process, please contact Thomas F. Roeser, Pre-Investigations Coordinator, at (312) 814-6295. Please do not contact the EEOC.**

It is not necessary that Respondent take any action at this time.

THE DEPARTMENT OF HUMAN RIGHTS

CC:   **Director of Human Resources
      Dominick's #0012
      6009 North Broadway Street
      Chicago, IL 60660**

Rev. 10/07

# Dominick's.

711 Jorie Boulevard
Oak Brook, Illinois 60523-2246
(630) 891-5000

October 9, 2007

Ms. Janice Glover
1061 W. Rosemont Ave.
Chicago, IL 60660

Dear Ms. Glover:

This is to advise you that effective October 8, 2007 your employment with Dominick's Finer Foods has been terminated for violation of Company policies and procedures.

Sincerely,

*Frank Guiglio*

Frank Guiglio
District Manager

FG/ng

cc:   U.F.C.W. Local 881
      D. Konick
      M. Johnson
      Employee File

Certified Mail: 7007 0220 0003 8747 7734

---

Disinfect - to kill harmful bacteria

Clorox bleach disinfects
if you use
1 cup per gallon
cold water

Safeway bleach does not disinfect nor does it claim to and it say only ½ cup per gallon bleach

My store manager John K would not let me use a bleach that says it's a disinfectant →

and last time I cleaned the restroom I was the only ~~one~~ employee that was asked to clean it and I was only allowed to clean it once a week. There is not a job it the store (such as) cashier that is only done by one person. Because of the fact that there are germs and bacteria present in the restroom I would like to be allowed to use a disinfectant cleaner. So as to kill ~~that~~ the germs and bacteria.

9. The defendant discriminated against the plaintiff because of the plaintiff's [check all that apply]

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☒ Disability (Americans with Disabilities Act)
   (d) ☒ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. The plaintiff is suing the defendant, a state or local government agency, for discrimination on the basis of race, color, or national origin (42 U.S.C. §1983).

    ☐ YES    ☐ NO

11. Jurisdiction over the statutory violation alleged is conferred as follows: over Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); over 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; over the A.D.E.A. by 42 U.S.C.§12117.

12. The defendant [check all that apply]

    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.
    (d) ☐ failed to reasonably accommodate the plaintiff's religion.
    (e) ☒ failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☐ other (specify): _____

    _____
    _____
    _____
    _____
    _____
    _____

(Guide to Civil Cases for Litigants Without Lawyers: Page 45)

13. The facts supporting the plaintiff's claim of discrimination are as follows:

    I was made to work 6-7 hours on a few occasions instead of the 4-5½ hours stated in doctors notes, Time Clock I was told that I could have a green short sleeve (Dominicks) shirt - John K manager of Store made me buy/or Donate money for a blue cancer tee shirt then said I had to buy a white shirt and gave orders that I had to clean the restroom in it.

14. [AGE DISCRIMINATION ONLY] Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury.    ☐ YES    ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check all that apply]

    (a) ☐   Direct the defendant to hire the plaintiff.
    (b) ☑   Direct the defendant to re-employ the plaintiff.
    (c) ☐   Direct the defendant to promote the plaintiff.
    (d) ☐   Find that the defendant failed to reasonably accommodate the plaintiff's religion.
    (e) ☑   Find that the defendant failed to reasonably accommodate the plaintiff's disabilities.
    (f) ☐   Direct the defendant to (specify): _____

    (g) ☑   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

question 13 Guide to Civil Cases for Litigants without Lawyers p. 46                               page 1

The facts supporting the plaintiffs' claim of discrimination are as follows

When I first started to work at Dominicks the restroom had not been cleaned for many months. When I was given permission to do the job, different things started to be done to me. 1) I tried to use down time for the job (time when the checkouts was slow. One time when I started and went for the bucket all or every wringer had been taken. So there was no way to wring the mop. 2) The next time I went to clean the restroom all the bathroom cleaner (a new shipment) had been taken. 3) The third time on a Sunday there was a lot of stock piled around the sink used to draw water to fill the bucket. (so much so that no one would be able to get close enough to the sink to draw water. 4) On a Sunday when I was sceduled to work a large amount of waste from someones body (diarrhea) was laying on the floor of one of the isles.

Item 13 continued on next page

So much so that it would have to be made in a large pail and brought out and dumped. I panicked thinking "The store will be closed" and cleaned it up with a mop and pail and used ~~1 gallon to 1 cup~~ 1 gallon water to 1 cup bleach to disinfect the floor.

On August 1st 2nd or 3rd of 2007 I was called away from checkout duty and told to clean the rest rooms (which had not been cleaned for many months) I having janitorial experience explained on pervious times that I would be more than happy to clean the restrooms if certain conditions were meant

#1) I wanted a bleach that states on the label that its a disinfectant Disinfectant means according to Websters Dictionary that its a chemical that can destory harmful bacteria and virues which can cause diseases such as pneumonia and anthrax.

Item 13 continued

The restroom is a body fluids room. Urine and feces need to have theer bacteria killed by the disinfectant properties bleach has.

Dominicks wants to say I'm insubordinate, which means you refuse to do the job. I rather believe it needs to be done a certain special way. After all you cann't fix your car by adding water instead of oil.

Please be willing to do the restrooms by making me use their chemicals first. Then my bleach and/or toliet bowl cleaner. I will provide both work samples

may I have protective devices?

Am I the only person on cleaning duty Can a few employees be asked to clean the restroom

Thank You
Janice L. Glover
Janice L. Glover

As Judge could you please ask that bosses or management doesn't touch employee, but does ask for a certain job to be done on back of sheet

There

August 10, 2007

Occupational Safety and Health Act

To Whom it May Concern.

I am a person who is waiting for the decision of the union. I feel I need your help in this matter. On August 1, 07, I was asked to clean the restroom which had mot been cleaned the right way for many months. The restroom is a body fluids area, and body fluids have to be cleaned a special way. The proper way to clean body fluids is with 1 (one) cup bleach to 1 (one) gallon cold water. The bleach should be a bleach that says DISINFECTS on its label. Disinfect means to free from infection esp. by destroying harmful microorganisms. The last time I was the one who asked to clean the restroom, because it was so dirty that it was not a restroom I wanted to use. I explained to the Store Manager John K       if he let me use the proper kind of bleach and some other people that we could maintain clean restrooms and maybe more people would come and shop at Dominick's. It turned out that I was the only one cleaning the restrooms. I waited until I was given permission to do the job. Before I tried to help out, all the other employees were sweeping the floor and spraying the mirror with glass cleaner. I refused to do the job that way. Also you have to use toilet bowl cleaner inside the toilet to kill the germs or microorganisms. Actually at home I use Clorox Bleach 1 (one) cup always measured and left at least 15 minutes rubbed under the rim of the inside of the toilet. Since I know bleach is corrosive and don't want to hurt my employer (because most people like to pour and don't want to waste time measuring). Now things began to happen. 1) I tried to use down time to do the restrooms. Down time is time when the Checkouts was not busy. One time when I went for the bucket all of the wringers had Been taken. There was no way to wring out the mop. 2) The next time all the bathroom Cleaner had been taken-it was a new shipment. 3) The third time on a Sunday, I came in and found stock piled in such a way that you couldn't draw water from the sink. 4) Finally, on a Sunday, I came in and a large amount of waste from someone body (diarrhea) was laying on the floor in one of the isles. It was not something that one person could have done. It actually was so large an amount that it would have to have Been made in a large pail and purposely brought out and dumped. I cleaned it because I was afraid that the store could have been closed. I mopped in all up from the floor and then used bleach to disinfect the area. I also have to mention that someone from management or from the store stole my winter coat. I reported it to the police and received my coat back the next time I worked.

There is also a East Indian women who seems to want a caste system in the store, which is not American. During the grand opening she told me to wipe out a dusty part under where the bags for bagging the groceries are. I considered that a legitimate job but the way she wanted it done was to do all 11 checkouts with the same paper towel. Next I was sweeping with a broom, because the floor needed it and instead of telling me she had something else for me to do, she grabbed the broom out of my hand, with force. Checkout operators would come down 3 to 4 checkouts to get me to put away refrigerated goods
I have tried to do many things with actual thought of being a good employee. I always am the one who returns either refrigerated or frozen good to the right department. I do price checks quickly and efficiently. I guide customers to items. I'm quite good with customers. I take out customers to their cars and put away their groceries. I clean up broken bottles and jars and spilled merchdise
John K. the store Manager said that I was not allowed to go to the union for anything. He also said he would handle anything, instead of the union. I have paid over $300.00 In union dues.
Breaks- I used to try to take breaks during down time – when checkouts were not busy. Sadina who supervises told me I had to ask her-the first time and only time I asked her She walked away and refused to give me a break. Since I'm only a part timer I decided to give up taking breaks, since full timers need breaks more. I don't like to cause trouble.

Please help me. It not that I don't want to clean the restroom. It's that to be done properly it takes more than 1 (one) person and proper chemicals. I need my job and my health and am willing to work hard doing the right things for my employers

I also am considered Disabled and can only work 4 to 5 hours a day, according to doctors. This was something John K. the store manager was not happy with from the beginning, he was always trying to get me to work 7 or 8 hours. At one point I asked him if he didn't want part-timers. I had a doctors note from my plumanary specialist.

Sincerely Yours,


Janice L. Glover

jlg

There is also a East Indian women who seems to want a caste system in the store, which is not American. During the grand opening she told me to wipe out a dusty part under where the bags for bagging the groceries are. I considered that a legitimate job but the way she wanted it done was to do all 11 checkouts with the same paper towel. Next I was sweeping with a broom, because the floor needed it and instead of telling me she had something else for me to do, she grabbed the broom out of my hand, with force.

I have tried to do many things with actual thought of being a good employee. I always am the one who returns either refrigerated or frozen good to the right department. I do price checks quickly and efficiently. I guide customers to items. I'm quite good with customers. I take out customers to their cars and put away their groceries.

John K. the store Manager said that I was not allowed to go to the union for anything. He also said he would handle anything, instead of the union. I have paid over $300.00 In union dues.
Breaks- I used to try to take breaks during down time – when checkouts were not busy. Sadina who supervises told me I had to ask her-the first time and only time I asked her She walked away and refused to give me a break. Since I'm only a part timer I decided to give up taking breaks, since full timers need breaks more. I don't like to cause trouble.

Please help me. It not that I don't want to clean the restroom. It's that to be done properly it takes more than 1 (one) person and proper chemicals. I need my job and my health and am willing to work hard doing the right things for my employers
You cannot use water instead of oil for an oil change

I also am considered Disabled and can only work 4 to 5 hours a day, according to doctors. This was something John K. the store manager was not happy with from the beginning, he was always trying to get me to work 7 or 8 hours. At one point I asked him if he didn't want part-timers. I had a doctors note from my plumanary specialist. (For 4-5 st)

Sincerely Yours,



Janice L. Glover

jlg

(h) ☑ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Janice L Glover_

(Plaintiff's name) _Janice L. Glover_

(Plaintiff's street address) _1061 W. Rosemont Ave Apt 908_

(City) _Chicago_ (State) _IL_ (ZIP) _60660_

(Plaintiff's telephone number) (_773_) – _761-5718_