# APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

FILED
2-27-2008
FEB 27 2008
MHW
NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Janice L. Glover
(Please print)

STREET ADDRESS: 1061 W Rosemont Ave  Apt 908

CITY/STATE/ZIP: Chicago IL 60660

PHONE NUMBER: 773/761-5718

CASE NUMBER: 08CV 1193
JUDGE CASTILLO
MAGISTRATE JUDGE COLE

Janice L Glover                    Feb 27, 08
Signature                          Date