FILED
FEB 2 7 2008
2-27-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MHN

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

Janice L. Glover
_____
Plaintiff

v.

John Katsantones
_____
Defendant(s)

CASE NUMBER  08CV 1193
JUDGE CASTILLO
MAGISTRATE JUDGE COLE

JUDGE _____

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, __JANICE L. GLOVER__, declare that I am the ☒plaintiff ☐petitioner ☐movant ☐ (other _____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

*If I get my job back I can afford to pay monthly payments*

1.  Are you currently incarcerated?        ☐Yes    ☒No    (If "No," go to Question 2)
    I.D. #_____ Name of prison or jail: _____
    Do you receive any payment from the institution? ☐Yes ☐No Monthly amount: _____

2.  Are you currently employed?        ☐Yes    ☒No
    Monthly salary or wages: _____
    Name and address of employer: _____

    a.  If the answer is "No":
        Date of last employment: August 3rd 2007
        Monthly salary or wages: ~~$~~ 600.00
        Name and address of last employer: Dominicks Finer Foods
        6009 N. Broadway Ave #0012 Chicago IL 60

    b.  Are you married?    ☐Yes    ☒No
        Spouse's monthly salary or wages: _____
        Name and address of employer: _____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

    a.  Salary or wages
        Amount __3811.00__ Received by __Janice L. Glover__  ☒Yes  ☐No

    b.  ☒ Business, ☐ profession or ☐ other self-employment    ☐Yes  ☒No
        I don't know if its been misfigured by Dominicks

(Guide to Civil Cases for Litigants Without Lawyers: Page 40)

Amount_____ Received by_____ _____

c. ☐ Rent payments, ☐ interest or ☐ dividends        ☐Yes   ☒No
Amount_____ Received by_____

d. ☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☒ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
Thru 8/07 $802 — $900.00
Dec 2007
Amount $900.00 9am   Received by JANICE GLOVER ☒Yes   ☐No

e. ☒ Gifts or ☐ inheritances                      ☒Yes   ☐No
Amount $200.00   Received by JANICE GLOVER

f. ☐ Any other sources (state source: SOCIAL SECURITY DISABILITY ☒Yes ☐No NOT sure if
Amount $730.00   Received by DAVID C. GLOVER   he gets it all

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☒Yes  ☒No   Total amount:_____
In whose name held: DAVID GLOVER   Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐Yes   ☒No
Property:_____   Current Value:_____
In whose name held:_____   Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes   ☒No
Address of property:_____
Type of property:_____   Current value:_____
In whose name held:_____   Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                   ☐Yes   ☒No
Property:_____
Current value:_____
In whose name held:_____   Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
I've been trying to help Adult Child Shannon Glover living at Clifton T Glover X-husband in Bolingbrook

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: Feb 12 08

*Signature of Applicant:* Janice L Glover

*(Print Name):* Janice L. Glover

*Handwritten note:* The amount of money I have in my accounting checkbook is about $400 according to the bank is about $1500.00 I can only spend what I have accounted for

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.

(Add all deposits from all sources and then divide by number of months).

_____   _____
DATE         SIGNATURE OF AUTHORIZED OFFICER

_____
(Print name)

(Guide to Civil Cases for Litigants Without Lawyers: Page 42)

LAST ITEM PAGE 42

I declare under penalty of perjury

The amount I have in my checkbook is ($40.00), according to my checkbook and accounting. According to the bank and thier accountants its ruffly $1500.00 I cann't spend anything I can'nt idenify.

Janice L Glover
Feb 18, 08

I never put-in or deposited $200 - 1500.00. I refuse to spend it becouse I have been called upon to be ~~honest~~ honest
my account # is 092071 2106
If there is money you can ask for it. If you (the Judge) find thats theres money thats mine you can use it to pay the costs



# DEVON BANK

For all locations
1-866-68-DEVON
www.devonbank.com

Member FDIC

STATEMENT DATE: 12/14/07

JANICE L GLOVER
1061 W ROSEMONT APT #908
CHICAGO   IL 60660

01-00-35-00013 R   PAGE        1

Free Checking                                   ACCOUNT NO.    0920712106

```
         SUMMARY OF ACTIVITY SINCE YOUR LAST STATEMENT
    BALANCE FORWARD FROM 11/15/07.............................................  1,598.63
  1 DEPOSIT(S)/CREDIT(S)....................................................      880.00+
 15 WITHDRAWAL(S)/DEBIT(S)..................................................      894.04-
  0 BANK CHARGE(S)..........................................................          .00-
    ENDING BALANCE AS OF 12/14/07...........................................    1,584.59
```