MHN

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) Janice L. Glover

v.

Defendant(s) John Katsanfong

08CV 1193
JUDGE CASTILLO
MAGISTRATE JUDGE COLE

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __Janice L. Glover__, declare that I am the (check appropriate box)
   [X] plaintiff  [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item must be completed]: AT LEAST 6 calls
   I made several calls using EMPLOYMENT/DISCRIMINATION LAW in Yellow page one Lawyer (I think it was ~~let me~~ ~~ANNE~~ KILL ANNEMARIE ONE LAWYER WANTED $300.00 an hour. I was not able to find a willing to conduct case Lawyers

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

   **FILED**
   FEB 27 2008 NF
   2-27-2008
   MICHAEL W. DOBBINS
   CLERK, U.S. DISTRICT COURT

4. In further support of my motion, I declare that (check appropriate box):
   [ ] I have attached an original Application for Leave to Proceed In Forma Pauperis in the proceeding detailing my financial status.
   [X] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed In Forma Pauperis in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

__Janice L. Glover__
Movant's Signature

~~Feb~~ Feb 12, 08
Date

1061 W. Rosemont Ave
Street Address

Chicago IL 60660
City, State, ZIP