# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1193 | **DATE** | 3/24/2008 |
| **CASE TITLE** | Janice L. Glover vs. John Katsantones, Manager of Dominick's Finer Foods | | |

**DOCKET ENTRY TEXT**

After a careful review of this recently filed pro se complaint, said complaint is dismissed for failure to set forth a valid claim against a valid defendant. No individual liability is allowed under federal employment discrimination law. Given plaintiff's pro se status, said dismissal is without prejudice. Plaintiff's application to proceed in forma pauperis [4] and motion for appointment of counsel [5] are both granted. Jeffrey J. Mayer of Freeborn & Peters, LLP, 311 South Wacker Drive, Suite 3000, Chicago, IL 60606, (312) 360-6474 is hereby appointed to represent the plaintiff. Plaintiff's appointed counsel is given until 5/15/2008 to evaluate this case and determine if any amended complaint can be filed in this lawsuit.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|