IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANICE L. GLOVER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08 CV 1193 |
| | ) | |
| v. | ) | Judge Ruben Castillo |
| | ) | |
| JOHN KATSANTONES, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on **Tuesday, April 22, 2008**, at 9:45 a.m., we shall appear before the Honorable Ruben Castillo in Courtroom 2141 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois 60604, and then and there present **Freeborn & Peters LLP's Motion to Withdraw as Counsel**, a copy of which is attached hereto and thereby served upon you.

Dated: April 10, 2008

Respectfully submitted,

/s/ Jeffrey J. Mayer
Jeffrey J. Mayer (No. 6194013)
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000

## CERTIFICATE OF SERVICE

The undersigned caused copies of the foregoing **Notice of Motion** and **Motion to Withdraw as Counsel** to be served on the party listed below this 10th day of April, 2008:

**Via Certified U.S. Mail**

Janice L. Glover
1061 West Rosemont Avenue,
Apartment 908
Chicago, Illinois 60660

*Plaintiff*

/s/ Jeffrey J. Mayer