IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANICE L. GLOVER, ) | |
| ) | |
| Plaintiff, ) | Case No. 08 CV 1193 |
| ) | |
| v. ) | Judge Ruben Castillo |
| ) | |
| JOHN KATSANTONES, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO WITHDRAW**

Freeborn & Peters LLP ("Freeborn & Peters"), appointed counsel for Plaintiff Janice L. Glover, respectfully moves this Court for leave to withdraw as counsel for Plaintiff Janice L. Glover pursuant to Local Rule 83.17. In support of its Motion, Freeborn & Peters states as follows:

1. On or about February 27, 2008, Janice L. Glover, as a *pro se* Plaintiff, filed a complaint against John Katsantones, manager of Dominick's grocery store, alleging employment discrimination.

2. On or about March 25, 2008, this Court dismissed Plaintiff's claims without prejudice because individual liability is not permitted under federal employment discrimination laws.

3. On or about March 25, 2008, this Court appointed Jeffrey J. Mayer of Freeborn & Peters to represent Plaintiff Janice L. Glover in her suit against John Katsantones and/or Dominick's grocery store.

4. Jeffrey J. Mayer and Freeborn & Peters now wish to withdraw as counsel for Plaintiff Janice L. Glover in this case.

5. Withdrawal is appropriate in this case because Dominick's grocery stores are a division of Safeway, Inc. and Freeborn & Peters currently represents Safeway, Inc.

6. Freeborn & Peters also made a reasonable inquiry of Safeway, Inc. to confirm the conflict.

7. In order to represent Plaintiff Janice L. Glover in her suit against Dominick's grocery store Number 12, Freeborn & Peters would be forced to litigate against a current client.

8. Such a result would constitute a conflict of interest in violation of Illinois Rules of Professional Conduct 1.7 and 1.10.

9. Safeway, Inc.'s policy is not to waive conflicts of this nature.

10. Freeborn & Peters is providing Plaintiff due notice of its intent to withdraw its appearance on Plaintiff's behalf by letter sent by certified U.S. Mail contemporaneously with the filing this Motion to Withdraw. Furthermore, as set forth in the attached certificate of service, service of this motion is provided to Plaintiff by certified U.S. Mail to her home: 1061 West Rosemont Avenue, Apartment 908, Chicago, Illinois, 60660.

11. This motion is not made for the purposes of undue delay or harassment, and granting this motion to withdraw is not inequitable under the circumstances.

WHEREFORE, Freeborn & Peters LLP respectfully moves this Honorable Court for leave to withdraw as counsel for Plaintiff Janice L. Glover, and for any other relief that the Court finds just and proper.

Dated: April 10, 2008                    Respectfully submitted,

/s/  Jeffrey J. Mayer
Jeffrey J. Mayer (No. 6194013)
FREEBORN & PETERS LLP
311 S. Wacker Drive, Suite 3000
Chicago, Illinois 60606
(312) 360-6000