## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1193 | **DATE** | 4/16/2008 |
| **CASE TITLE** | Janice L. Glover vs. John Katsantones | | |

**DOCKET ENTRY TEXT**

Jeffrey J. Mayer's motion to withdraw [8] is granted. James E. Morgan of Much Shelist, 191 North Wacker Drive, Suite 1800, Chicago, IL 60605, (312) 521-2715 is hereby appointed to represent the plaintiff. Plaintiff's appointed counsel is given until 6/13/2008 to evaluate this case and determine if any amended complaint can be filed in this lawsuit.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|