UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANICE L. GLOVER, | ) | |
| | ) | Case No. 08 C 1193 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN KATSANTONES | ) | Judge Ruben Castillo |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Wednesday, June 18, 2008**, at 9:45 a.m., we shall appear before the Honorable Ruben Castillo in Courtroom 2141 of the U.S. District Court for the Northern District of Illinois, 219 South Dearborn, Chicago, Illinois 60604, and then and there present the **Motion for Relief from Appointment of James E. Morgan as Counsel for Plaintiff**, a copy of which is attached hereto and hereby served upon you.

Dated: June 10, 2008                             Respectfully submitted,


                                                 By:     /s/James J. Morgan

                                                 James E. Morgan
                                                 BELL BOYD & LLOYD LLP
                                                 Three First National Plaza
                                                 30 West Madison Street, Suite 3100
                                                 Chicago, Illinois 60602
                                                 Tel: (312) 372-1121

## CERTIFICATE OF SERVICE

The undersigned caused copies of the forgoing **Notice of Motion and Motion for Relief from Appointment of James E. Morgan as Counsel for Plaintiff** to be served on the party listed below this 10th day of June, 2008.

### VIA CERTIFIED U.S. MAIL

Janice L. Glover
1061 West Rosemont avenue
Apartment 908
Chicago, Illinois 60660

/s/ James E. Morgan