# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1193 | **DATE** | 6/18/2008 |
| **CASE TITLE** | Janice L. Glover vs. John Katsantones, et al. | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 6/18/2008. Motion for relief from appointment of James E. Morgan as counsel for plaintiff [11] is granted. James E. Morgan is granted leave to withdraw. Lisa Kane of Lisa Kane & Associates, 120 S. LaSalle Street, Suite 1420, Chicago, IL 60603, (312) 606-0383 is hereby appointed to represent the plaintiff. Plaintiff's appointed counsel is given until August 18, 2008 to file an appropriate amended complaint.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|