IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JANICE GLOVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 08 CV 1193 |
| v. | ) | |
| JOHN KATSANTONES, | ) | Hon. Ruben Castillo |
| | ) | Judge Presiding |
| Defendant. | ) | Magistrate Judge Cole |

## NOTICE OF FILING

**TO:**

    PLEASE TAKE NOTICE that on June 22, 2008, I have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, the appearance of LISA KANE on behalf of Plaintiff, a copy of which is also being filed VIA CM/ECF and served upon you.

                                        /s/ Lisa Kane
                                            Lisa Kane

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney No. 06203093

## PROOF OF SERVICE

    I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached documents to be served upon those persons to whom said Notice is directed, this 22nd day of June, 2008, before the hour of 5:00 P.M.

                                        /s/ Lisa Kane
                                            Lisa Kane