# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**NOTE:** In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 1193 |

**JANICE GLOVER**

v.

**JOHN KATSANTONES**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JANICE GLOVER**

*FILED JUN 2 3 2008   6-23-2008   MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT*   NF

| | |
|---|---|
| **NAME** (Type or print) | |
| Michael Young | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) | |
| /s/ Michael Young | |
| **FIRM** | |
| Lisa Kane & Associates, P.C. | |
| **STREET ADDRESS** | |
| 120 South LaSalle Street, Suite 1420 | |
| **CITY/STATE/ZIP** | |
| Chicago, IL 60603 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) | **TELEPHONE NUMBER** |
| 06291111 | 312-606-0383 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐