# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case Number: 08 CV 1193

JANICE GLOVER

v.

JOHN KATSANTONES

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JANICE GLOVER

FILED
6-23-2008
JUN 2 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
NF

| | |
|---|---|
| **NAME (Type or print)** <br> Tyler Manic | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> /s/ | |
| **FIRM** <br> Lisa Kane & Associates, P.C. | |
| **STREET ADDRESS** <br> 120 South LaSalle Street, Suite 1420 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60603 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 06290122 | **TELEPHONE NUMBER** <br> 312-606-0383 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO X |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |