IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUN 2 3 2008
6-23-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JANICE GLOVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 08 CV 1193 |
| v. ) | |
| JOHN KATSANTONES, ) | Hon. Ruben Castillo |
| ) | Judge Presiding |
| Defendant. ) | Magistrate Judge Cole |

## NOTICE OF FILING

TO:

    PLEASE TAKE NOTICE that on June 23, 2008, I have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604, the additional appearances of JANICE A. WEGNER, DARREN BODNER, MICHAEL YOUNG, and TYLER MANIC on behalf of Plaintiff, copies of which are also being filed and served upon you.

_____
LISA KANE

LISA KANE & ASSOCIATES, P.C.
Attorneys for Plaintiff
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383
Attorney No. 06203093

## PROOF OF SERVICE

    I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached documents to be served upon those persons to whom said Notice is directed, this 23rd day of June, 2008, before the hour of 5:00 P.M.

_____