## Verification

I, Janice L. Glover, declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2008.

*Janice L. Glover*
_____
Janice L. Glover