IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANICE L. GLOVER,<br><br>        Plaintiff,<br><br>    v.<br><br>DOMINICK'S FINER FOODS, INC.<br>OF ILLINOIS<br><br>        Defendant. | Case No. 08 CV 1193<br><br>Hon. Judge Ruben Castillo<br>            Judge Presiding<br>Magistrate Judge Cole |

## NOTICE OF FILING

TO:


   PLEASE TAKE NOTICE that on **Wednesday, July 2, 2008,** Plaintiff filed electronically with the Clerk of the United States District Court for the Northern District, Eastern Division at the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, the following:  Amended Complaint.

                                            s/Lisa Kane
                                            Lisa Kane, Attorney for Plaintiff

## PROOF OF SERVICE

   I, an attorney, hereby certify that I caused the above and foregoing Notice of Filing and attached materials, to be served upon those persons to whom said Notice is directed, via ECF, this 2nd day of July, 2008, before the hour of 5:00 P.M.

                                            s/Lisa Kane
                                            Lisa Kane, Attorney for Plaintiff