## United States District Court for the Northern District of Illinois

Case Number: 08CV1193          Assigned/Issued By: DAJ

Judge Name:                    Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _0_ copies on _07/02/08_ as to _DOMINICKS FINER_
                               (Date)
_FOODS INC._
_____

_____

C:\wpwin80\docket\feeinfo.frm    03/14/05