AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JANICE L. GLOVER, Plaintiff,

V.

DOMINICK'S FINER FOODS, INC. OF ILLINOIS, Defendant.

CASE NUMBER: 08 CV 1193

ASSIGNED JUDGE: RUBEN CASTILLO

DESIGNATED MAGISTRATE JUDGE: COLE

TO: (Name and address of Defendant)

DOMINICK'S FINER FOODS, INC. OF ILLINOIS
c/o Prentice Hall Corporation, Registered Agent
33 N. LaSalle Street
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LISA KANE & ASSOCIATES, P.C.
120 South LaSalle Street, Suite 1420
Chicago, Illinois 60603
(312) 606-0383

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

_(signature)_

(By) DEPUTY CLERK

July 2, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE: July 3, 2008 |
| NAME OF SERVER (PRINT): THOMAS E. NOLAN | TITLE: Law Clerk |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): PAM Feeney

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 3, 2008

Signature of Server: [signed] Thos. E. Nolan

Address of Server: Suite 1420, 120 S. LaSalle, Chicago, IL. 60603

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.