### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                          Case Number: 08 CV 1193

Janice Glover,
 Plaintiff,
v.
Dominick's Finer Foods, Inc. of Illinois,
 Defendant.

### AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dominick's Finer Foods, LLC, incorrectly named as Dominick's Finer Foods, Inc. of Illinois

| | |
|---|---|
| NAME (Type or print)<br>Thomas M. Wilde | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Thomas M. Wilde | |
| FIRM<br>Vedder Price P.C. | |
| STREET ADDRESS<br>222 N. LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP<br>Chicago, Illinois  60601-1003 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6217048 | TELEPHONE NUMBER<br>312-609-7500 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐