IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANICE L. GLOVER,<br><br>      Plaintiff,<br><br>v.<br><br>DOMINICK'S FINER FOODS, INC. OF ILLINOIS,<br><br>      Defendant. | No. 08 CV 1193<br><br>Judge Ruben Castillo<br><br>Magistrate Judge Cole |

## CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant, Dominick's Finer Foods, LLC ("Dominick's"), incorrectly named as Dominick's Finer Foods, Inc. of Illinois, by its attorneys and pursuant to Local Rule 3.2, makes the following disclosure:

1. Dominick's parent company is Safeway Inc.

2. Safeway is publicly held and owns 10% or more of Dominick's stock.

                          Respectfully submitted,

                          DOMINICK'S FINER FOODS, LLC


                          By: s/ Thomas M. Wilde
                                   One of Its Attorneys

Thomas M. Wilde, Bar No. 6217048
Megan J. Crowhurst, Bar No. 6289289
Vedder Price P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601-1003
(312) 609-7500
Dated: July 23, 2008

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT was served on:

> Lisa Kane
> Janice A. Wegner
> Darren A. Bodner
> Michael Young
> Tyler Manic
> Lisa Kane and Associates, P.C.
> 120 South LaSalle Street, Suite 1420
> Chicago, Illinois 60603

by ELECTRONIC MAIL on July 23, 2008.

s/ Thomas M. Wilde