# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                           Case Number: 08 CV 1193

Janice Glover,
   Plaintiff,
v.
Dominick's Finer Foods, Inc. of Illinois,
   Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Dominick's Finer Foods, LLC, incorrectly named as Dominick's Finer Foods, Inc. of Illinois

| NAME (Type or print) |
| --- |
| Megan J. Crowhurst |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Megan J. Crowhurst |
| FIRM |
| Vedder Price P.C. |
| STREET ADDRESS |
| 222 N. LaSalle Street, Suite 2600 |
| CITY/STATE/ZIP |
| Chicago, Illinois 60601-1003 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 6289289 | 312-609-7500 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐