UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Janice L. Glover

                    Plaintiff,

v.                                                   Case No.: 1:08−cv−01193
                                                   Honorable Ruben Castillo

Dominick's Finer Foods, Inc. of Illinois, et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 26, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 8/26/2008. The parties are requested to continue to fully exhaust all settlement possibilities in light of the Court's settlement recommendation. The parties are granted leave to proceed with all discovery. All discovery to be completed on or before 12/1/2008. The Court will hold a status hearing in open court on 10/2/2008 at 9:45 a.m.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.